

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Hartman Income Reit, Inc., v. Mackenzie Blue Ridge Fund III, LP.,

Appellate case number:   01-20-00218-CV

Trial court case number:  2019-21776

Trial court:                    80th District Court of Harris County

      Appellee MacKenzie Blue Ridge Fund III, LP has filed a motion for rehearing from our Court's opinion dated January 27, 2022.

      The Court requests a response to the motion. The response is **due March 14, 2022.**

      It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
                      ☑ Acting individually   ☐ Acting for the Court

Date: _____March 1, 2022_____